Lisa D. Faulstich, Lofftus and Dawdy, Fenton, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Robert Ahlersmeyer ("Husband") appeals from a judgment and decree of dissolution entered in the Jefferson County Circuit Court dissolving his marriage to Barbara Ahlersmeyer ("Wife"). On appeal, Husband argues that the trial court erred (1) in ordering him to pay maintenance to Wife; (2) in ordering him to pay a compensatory money payment to Wife to equalize the distribution of marital property; and (3) in ordering him to pay Wife's attorney's fees.

We have reviewed the briefs of the parties and record on appeal and no error of law appears. No precedential or jurisprudential purpose would be served by an extended opinion reciting detailed facts and restating principles of law. The judgment is affirmed pursuant to Rule 84.16(b).

Todd N. Hendrickson, Lozano & Hendrickson, L.C., Clayton, for appellants.

Crystal Y. Smith, Law Office of W. James Nabholz, III, St. Louis, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., ROBERT G. DOWD, Jr., J. and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Plaintiffs appeal from the trial court's entry of judgment in defendant's favor in accord with the verdict in plaintiffs' wrongful death action. No error of law appears. An opinion reciting the facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

---

**Diane BERNAL, Eric Bernal, Sarah Bernal and Jared Bernal, Plaintiffs/Appellants,**

v.

**Gregory BERNAL, Defendant/Respondent.**

No. ED 76096.

Missouri Court of Appeals, Eastern District, Division Two.

March 21, 2000.

---

**STATE of Missouri, Respondent,**

v.

**Chester HICKMAN, Appellant.**

No. ED 75532.

Missouri Court of Appeals, Eastern District, Division Four.

March 21, 2000.